No. 176. INTERNATIONAL BROTHERHOOD OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN AND HELPERS OF AMERICA, LOCAL UNION No. 25, A. F. L., *v.* W. L. MEAD, INC. On petition for writ of certiorari to the United States Court of Appeals for the First Circuit. September

28, 1956. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Stephen J. D'Arcy, Jr.* was on the stipulation for petitioner. With him on the petition were *John D. O'Reilly, Jr.* and *Richard S. Sullivan.*